UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0140--CV (JKS)
"COSTIA INGA III V DEPT OF CORR ET AL"

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:  4(4)
            Filed:  06/16/05
           Closed:  NO

     Jurisdiction:  (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit:  (530) Habeas Corpus: General
                    28:2254
           Origin:  (1) Original Proceeding
           Demand:
       Filing fee:  Paid $5.00 on 06/16/05 receipt # 00125967
         Trial by:
```

Parties of Record:                          Counsel of Record:

---

| | | |
|---|---|---|
| PLF 1.1 | INGA, COSTIA III | Mary C. Geddes<br>Federal Public Defender<br>550 W. 7th Avenue, Suite 1600<br>Anchorage, AK 99501<br>907-646-3400<br>FAX 907-646-3408 |
| DEF 1.1 | ALASKA, STATE OF, DEPT OF CORRECTIONS | No counsel found for this party! |
| DEF 2.1 | TOPOU, LEITONI | Terisia K. Chleborad<br>Office of Special Prosecution<br>310 K Street, Suite 308<br>Anchorage, AK 99501<br>907-269-6250<br>FAX 907-269-6270 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0140--CV (JKS)
"COSTIA INGA III V DEPT OF CORR ET AL"

For all filing dates

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
Referral Rule: 4(4)
Filed: 06/16/05
Closed: NO

Jurisdiction: (3) Federal Question (US Govt not a Party)
PLF Diversity:
DEF Diversity:

Nature of Suit: (530) Habeas Corpus: General
28:2254
Origin: (1) Original Proceeding
Demand:
Filing fee: Paid $5.00 on 06/16/05 receipt # 00125967
Trial by:

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/16/05 | PLF 1 Petition for Writ of H/C per 28:2254. |
| 2 - 1 | 07/06/05 | JKS Order re any request for crt apptd cnsl or notice of intent to proceed w/o cnsl & amended petition due 8/4/05; ck to send forms USDCA 40, CJA 23, PSO3, Notice of Intent to proceed w/o cnsl & pro se handbook to pltf. cc: cnsl |
| 3 - 1 | 07/13/05 | PLF 1 motion (application) for appointment of counsel. |
| 4 - 1 | 07/22/05 | PLF 1 Petition for Writ of H/C per 28:2254(Amended) w/att exhs. |
| 5 - 1 | 07/26/05 | JKS Order Directing Service & Response; ck to sv cy of #1 on AAG Ste 308; granting motion (application) for appointment of counsel (3-1); FPD to desginate CJA cnsl; cnsl to confer w/petitioner & file amended petition due 8/22/05; answer due 9/21/05; case referred to MJ Roberts. cc: cnsl, FPD CJA Clerk, MJ Roberts, AAG |
| 6 - 1 | 07/27/05 | JKS Minute Order re clerk to forward cy #4 to FPD & to cnsl for respondent; as prev ordered cnsl to confer w/him & file an amended §2254 petition by 8/22/05. cc: cnsl, MJ Roberts, FPD CJA Clerk, AAG |
| 7 - 1 | 08/02/05 | DEF 2 Attorney Appearance of T. Chleborad. |
| 8 - 1 | 08/04/05 | PLF 1 Attorney Appearance of Mary Geddes. |
| 9 - 1 | 08/16/05 | PLF 1 Unopposed motion for ext of time to file amended petition. |
| 10 - 1 | 08/17/05 | JDR Order granting unopposed motion for ext of time to 9/26/05 to file amended petition (9-1); response due 10/25/05. cc: cnsl |
| 11 - 1 | 09/27/05 | PLF 1 Unopposed motion on shortened time to accept late-file unopposed motion for ext of time to file amended petition w/att unoppo mot. |
| 12 - 1 | 09/28/05 | PLF 1 unopposed motion for ext of time to file amended petition w/att aff. |
| 13 - 1 | 09/28/05 | JDR Order granting unopposed motion on shortened time to accept late-file unopposed motio (11-1). cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0140--CV (JKS)
"COSTIA INGA III V DEPT OF CORR ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 10/13/05 | JDR Minute Order granting unopposed motion for ext of time to file amended petition (12-1); amended petition due 10/28/05; answer due 11/28/05. cc: cnsl |