FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 16 PM 4: 18

Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COSTIA INGA, III,<br><br>                    Petitioner,<br><br>vs.<br><br>LEITONI TUPOU,<br><br>                    Respondent. | Case No. A05-0140 CV (JKS)<br><br>**STATUS REPORT AND NOTICE TO THE COURT OF ANTICIPATED VOLUNTARY DISMISSAL** |

Petitioner, Costia Inga, III, has indicated that he soon will be sending the undersigned his consent to voluntarily dismiss his petition for a writ of habeas corpus. As of this writing the undersigned has not received that letter, but, based on her last conversation with Mr. Inga, the undersigned believes that the notice of voluntary dismissal is forthcoming. Consequently, she asks for a stay of this matter pending that receipt.

DATED this 16th day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Mary C. Geddes*
Mary C. Geddes
Assistant Federal Defender

Certification:

I certify that on December 16, 2005, I
mailed a copy of this document to:

Terisia K. Chleborad, Esq.
Office of Special Prosecutions
 & Appeals
310 K Street, Suite 308
Anchorage, AK  99501

*/s/ Lenora L. Roehling*
Lenora L. Roehling

Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COSTIA INGA, III,<br><br>    Petitioner,<br><br>vs.<br><br>LEITONI TUPOU,<br><br>    Respondent. | Case No. A05-0140 CV (JKS)<br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF ALASKA    )
            ) ss.
THIRD JUDICIAL DISTRICT )

   Mary C. Geddes, being first duly sworn upon oath, deposes and states:

   1.  I am the attorney in the above-captioned case.

///

///

2.   All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Mary C. Geddes

SUBSCRIBED and SWORN to before me this 16th day of December, 2005.



_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

2