UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COSTIA INGA, III,<br><br>          Petitioner,<br><br>vs.<br><br>LEITONI TUPOU,<br><br>          Respondent. | Case No. A05-0140 CV (JKS)<br><br>**ORDER** |

After due consideration of ~~defendant~~ Petitioner's Status Report and Notice to the Court of Anticipated Voluntary Dismissal, it is hereby ordered that this action is stayed. Counsel for ~~defendant~~ Petitioner shall file a status report on or before January 18, 2006, unless documents dismissing this action are filed prior to said date.

DATED this 19th day of December, 2005, in Anchorage, Alaska.

                                                          */s/ John D. Roberts*
                                                          **JOHN D. ROBERTS**
                                                          *U.S. Magistrate Judge*

A05-0140--CV (JKS)   om 12-19-05
H. GEDDES (PPD)
T. CHLEBORAD (AAG-308)

18