Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COSTIA INGA, III,<br><br>      Petitioner,<br><br>vs.<br><br>LEITONI TUPOU,<br><br>      Respondent. | Case No. A05-0140 CV (JKS)<br><br>**MOTION TO<br>VOLUNTARILY DISMISS<br>PETITION WITHOUT PREJUDICE** |

    Petitioner, Costia Inga, III, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court to dismiss his petition for a writ of habeas corpus under 28 U.S.C. § 2255.  His action is voluntary and he seeks dismissal without prejudice.  Through petitioner's Status Report and Notice to the Court of Anticipated Voluntary Dismissal, filed on or about December 16, 2005, Terisia K. Chleborad, Esq., attorney for respondent, was informed of the petitioner's request.  Attached is Mr. Inga's letter noticing his intention to dismiss.

DATED this 19th day of January, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on January 19, 2006, a copy of the foregoing document, with attachments, was served by mail on:

Terisia K. Chleborad, Esq.
Office of Special Prosecutions
 & Appeals
310 K Street, Suite 308
Anchorage, AK  99501

/s/ Mary C. Geddes