# FEDERAL PUBLIC DEFENDER
## for
## THE DISTRICT OF ALASKA

Rich Curtner
Federal Public Defender

550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501

(907) 646-3400/FAX (907) 646-3480

November 7, 2005

Costia Inga, III
No. 419034
Anchorage Correctional Complex West
1300 East 4th Avenue
Anchorage, AK 99501

**RECEIVED**

JAN 1 8 2006

FEDERAL PUBLIC DEFENDER

Re: *Inga v. Tupou*
Case No. A05-0140 CV (JKS)

Dear Costia:

As you can see from the attached, we are waiting on your written consent to voluntarily dismiss your petition. I am so sorry that your case was not of the type for which you can get relief in federal court.

To give your written consent, you can simply sign your name on this paper and return it. I have enclosed a return envelope.

I wish you the very best, Costia. It sounds as if you have got a lot of people pulling for you, which is a wonderful thing. Take care.

Sincerely yours,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

Mary C. Geddes
Assistant Federal Defender

CG/lr
Enclosures

I agree to the dismissal of the above-referenced action.

Dated: 12/16/05

Costia Inga, III