UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COSTIA INGA, III,<br><br>                Petitioner,<br><br>vs.<br><br>LEITONI TUPOU,<br><br>                Respondent. | Case No. A05-0140 CV (JKS)<br><br>**ORDER TO DISMISS PETITION** |

After due consideration of petitioner's Motion to Voluntarily Dismiss Petition, the motion is GRANTED. The petition filed in this action is dismissed, without prejudice.

DATED this ____ day of _____, 2006, in Anchorage, Alaska.

_____
James K. Singleton, Jr.
United States District Court Judge